# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELINA NUNES, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>COUNTY OF STANISLAUS, et al.,<br><br>    Defendants. | Case No. 1:17-cv-00633-DAD-SAB<br><br>ORDER REQUIRING DEFENDANTS TO FILE RESPONSIVE PLEADING WITHIN TEN DAYS |

Plaintiff filed this civil rights action pursuant to 42 U.S.C. § 1983 on May 5, 2017. (ECF No. 1.) Defendants filed a motion to dismiss which was denied on August 25, 2017. (ECF No. 19.) The order denying Defendants' motion to dismiss did not set a time for Defendants to file a responsive pleading.

Pursuant to Rule 12 of the Federal Rules of Civil Procedure, unless the court sets a different time, if the court denies a motion to dismiss "the responsive pleading must be served within 14 days after notice of the court's action." Fed. R. Civ. P. 12(a)(4)(A). More than fourteen days have passed since Defendants' motion to dismiss was denied and Defendants have not filed a responsive pleading nor have the parties filed a stipulation to extend time for the responsive pleading to be filed.

Accordingly, IT IS HEREBY ORDERED that Defendants shall file a responsive pleading within ten (10) days for the date of entry of this order. Defendants are advised that the failure to

1

file a responsive pleading in compliance with this order could result in the issuance of sanctions, up to and including entry of default in this action.

IT IS SO ORDERED.

Dated: __**September 21, 2017**__

_____
UNITED STATES MAGISTRATE JUDGE