ROBERT R. POWELL, SBN 159747
SARAH E. MARINHO, SBN 293690
POWELL & ASSOCIATES
925 West Hedding Street
San Jose, California 95126
T: (408) 553-0201
F: (408) 553-0203
E: rpowell@rrpassociates.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELINA NUNES, et al,<br><br>            Plaintiffs,<br><br>vs.<br><br>COUNTY OF STANISLAUS, et al,<br><br>            Defendants. | Case No.: 17 -cv-00633-DAD-SAB<br><br>ORDER EXTENDING DISCOVERY CUT-OFF AND RELATED DATES |

    Pursuant to the stipulation of the parties, the Non-Expert Discovery and Non-Dispositive Motion deadlines set forth in the October 19, 2017 Scheduling Order (ECF No. 24) are HEREBY EXTENDED to August 15, 2018.

IT IS SO ORDERED.

Dated: __**May 7, 2018**__

                                                 UNITED STATES MAGISTRATE JUDGE