IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELINA NUNES, et al.,<br><br>                               Plaintiffs,<br><br>v.<br><br>COUNTY OF STANISLAUS, et al.,<br><br>                              Defendants. | Case no.: 1:17-cv-00633-DAD-SAB<br><br>ORDER DENYING PARTIES' STIPULATION FOR REFERRAL TO VOLUNTARY DISPUTE RESOLUTION PROGRAM WITHOUT PREJUDICE AND REQUIRING DEFENDANT TO FILE A RESPONSE TO THE FIRST AMENDED COMPLAINT<br><br>(ECF No. 38)<br><br>TEN DAY DEADLINE |

On September 10, 2018, the parties filed a stipulation for referral of this matter to the Court's Voluntary Dispute Resolution Program ("VDRP").

Pursuant to the Local Rule, if the parties stipulate to using the VDRP, they must file a stipulation and order for VDRP Referral. L.R. 271(i). The Stipulation and Order for VDRP Referral must:

    (A) specify the time frame within which the parties propose the VDRP process will be completed and the date by which the Neutral must file confirmation of that completion;
    (B) suggest and explain any modifications or additions to the case management plan that would be advisable because of the reference to the VDRP; and

1

(C) describe any pretrial activity, e.g., specified discovery or motions, that shall be completed before the VDRP session is held or that shall be stayed until the VDRP session is concluded.

L.R. 271(i). The stipulation does not address the areas required by the Local Rule. See e.g. Kamalu v. Walmart Stores, Inc., No. 1:13-cv-00627-SAB (E.D. Cal. April 7, 2014) (stipulation and proposed order for referral to VDRP). To be referred to the VDRP, the parties are required to file a stipulation that complies with Rule 271(i).

Further, the Court notes that Plaintiffs filed a first amended complaint on July 13, 2018, and Defendants have not filed a responsive pleading, nor have the parties filed a stipulation addressing the failure.

Accordingly, IT IS HEREBY ORDERED that:

1. The stipulation for referral to Voluntary Dispute Resolution Program is DENIED without prejudice; and
2. Defendants shall file a pleading responsive to the first amended complaint within ten (10) days of the date of entry of this order.

IT IS SO ORDERED.

Dated: **September 11, 2018**

UNITED STATES MAGISTRATE JUDGE