# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELINA NUNES, EMANUEL ALVES, D.X., AND L.X., <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF STANISLAUS, ERIC ANDERSON and KRISTEN JOHNSON, and DOES 1-10, inclusive, <br><br> Defendants. | Case No.: 1:17-cv-00633-DAD-SAB <br><br> ORDER APPROVING STIPULATION TO REFER ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM <br><br> (ECF No. 41) |

On September 25, 2018, the parties in this action submitted a stipulation to refer this action to a Voluntary Dispute Resolution Program pursuant to Local Rule 271. (ECF No. 41.) In accordance with the parties' stipulation, it is HEREBY ORDERED that this action is referred to the Voluntary Dispute Resolution Program.

IT IS SO ORDERED.

Dated: **September 25, 2018**

UNITED STATES MAGISTRATE JUDGE