# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELINA NUNES, et al., | Case No.: 1:17-cv-00633-DAD-SAB |
| Plaintiffs, | ORDER RE JOINT STIPULATION TO EXTEND EXPERT DISCOVERY DEADLINE |
| vs. | |
| COUNTY OF STANISLAUS, et al., | (ECF No. 44) |
| Defendants. | |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that expert discovery in this action shall be completed on or before January 25, 2019.

IT IS SO ORDERED.

Dated: **November 5, 2018**

UNITED STATES MAGISTRATE JUDGE