UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELINA NUNES, et al., | No. 1:17-cv-00633-DAD-SAB |
| Plaintiffs, | |
| v. | <u>ORDER RESETTING STATUS CONFERENCE</u> |
| COUNTY OF STANISLAUS, et al., | (Doc. Nos. 88, 89) |
| Defendants. | |

On December 20, 2021, the undersigned issued a minute order vacating the jury trial in this case because the parties alerted the court by email that a settlement of the action had been reached. (Doc. No. 88.) The parties also informed the court that the settlement was still pending final approval by defendant County of Stanislaus' Board of Supervisors. (*Id.*) As a result, the court set a status conference for January 18, 2022 at 11:00 a.m. for the parties to report on the status of the settlement. (*Id.*)

On January 12, 2022, the parties informed the court through email that defendant County of Stanislaus' Board of Supervisors had approved the parties' settlement, but that the parties required additional time to file dispositive documents with the court evidencing that settlement. Accordingly, the court vacates the January 18, 2022 status conference and resets the status conference for April 18, 2022 at 11:00 a.m. The court will vacate the April 18, 2022 status

/////

1

1  conference, as long as the parties file with the court dispositional documents, including a notice of
2  dismissal, by April 15, 2022 at 4:00 p.m.
3  IT IS SO ORDERED.
4     Dated:   **January 12, 2022**                   /s/ Dale A. Drozd
5                                                     UNITED STATES DISTRICT JUDGE

2