# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELINA NUNES, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>COUNTY OF STANISLAUS, et al.,<br><br>    Defendants. | Case No. 1: 17-cv-00633-DAD-SAB<br><br>ORDER SETTING HEARING ON PLAINTIFFS' MOTION FOR MINORS' COMPROMISE<br><br>(ECF No. 91) |

On March 21, 2022, Plaintiffs filed a motion for minors' compromise. (ECF No. 91.) The matter was not set for hearing. Pursuant to the standing order in light of judicial emergency that was issued on February 4, 2020, any motion to approve a minors' compromise shall be noticed for hearing before the assigned Magistrate Judge for the issuance of findings and recommendations. (ECF No. 62 at 3.)

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1

1   Accordingly, IT IS HEREBY ORDERED that a hearing on Plaintiffs' petition for
2 minors' compromise, is set for April 20, 2022, at 10:00 a.m. in Courtroom 9.

IT IS SO ORDERED.

Dated:  **March 22, 2022**

UNITED STATES MAGISTRATE JUDGE