# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELINA NUNES, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF STANISLAUS, et al.,<br><br>Defendants. | Case No. 1:17-cv-00633-DAD-SAB<br><br>ORDER RESETTING HEARING ON PLAINTIFFS' PETITION FOR MINORS' COMPROMISE FOR JUNE 1, 2022<br><br>(ECF Nos. 91, 92) |

Plaintiffs Angelina Nunes, Emanuel Alves, and minors D.X. and L.X. initiated this action, Nunes I, against Defendants County of Stanislaus, Kristen Johnson, and Eric Anderson on May 5, 2017. (ECF No. 1.) On March 21, 2022, Plaintiffs filed a petition for minors' compromise. (ECF No. 91.) The Court set the matter for hearing on April 20, 2022. (ECF No. 92.) That same day, in the matter of Nunes v. Stephens (Nunes II), formerly No. 19-cv-00204-AWI-BAM, an action initiated by the same Plaintiffs against Defendants Arata, Swingle, Van Egmond & Goodwin (PLC) and the County of Stanislaus,[1] Plaintiffs filed the same petition for minors' compromise, which seeks to dismiss both Nunes actions under the proposed settlement terms. Id. at ECF No. 78. The matter was not set for hearing in Nunes II. Finding the actions related

---

[1] Former Defendants Carrie Stephens, Brad Swinger, and Amanda Heitlinger have been dismissed from that action.

pursuant to Local Rule 123(a), on April 13, 2022, District Judge Dale A. Drozd issued an order relating Nunes II to the instant matter and reassigning the action to himself and Magistrate Judge Stanley A. Boone; the new case number for Nunes II is 19-cv-00204-DAD-SAB. Id. at ECF No. 25.

In light of the case reassignment and applicability of the petition for minor's compromise to both Nunes cases, and in order to provide the Nunes II Defendants an opportunity to file a response to Plaintiffs' petition, the Court shall reset the hearing on Plaintiffs' petition so that it may be heard for both matters together, and shall issue the following briefing schedule.

Accordingly, IT IS HEREBY ORDERED that:

1. The hearing on Plaintiffs' petition for minors' compromise (ECF No. 91) is RESET for **June 1, 2022**, at **10:00 a.m.** in Courtroom 9 before the Honorable Magistrate Judge Stanley A. Boone;

2. Any opposition to the petition shall be filed by **April 29, 2022**; and

3. Any reply briefing shall be filed by **May 9, 2022**.

IT IS SO ORDERED.

Dated:   **April 14, 2022**

UNITED STATES MAGISTRATE JUDGE

2