# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELINA NUNES, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>COUNTY OF STANISLAUS, et al.,<br><br>　　　　　Defendants. | Case No. 1:17-cv-00633-DAD-SAB<br><br>ORDER VACATING JUNE 1, 2022 HEARING ON PLAINTIFFS' PETITION FOR MINOR'S COMPROMISE<br><br>(ECF Nos. 91, 94) |

Currently before the Court is Plaintiffs Angelina Nunes, Emanuel Alves, and minors D.X. and L.X.'s petition for minor's compromise, currently set for hearing on June 1, 2022. (ECF Nos. 91, 93.) Having considered the moving papers, as well as the Court's file, the Court finds this matter suitable for decision without further oral argument. See Local Rule 230(g). Accordingly, the hearing set for June 1, 2022, will be vacated and the parties will not be required to appear at that time.

///
///
///
///

1

Accordingly, IT IS HEREBY ORDERED that the hearing on Plaintiffs' petition for minor's compromise set for June 1, 2022, at 10:00 a.m. in Courtroom 9, is HEREBY VACATED.

IT IS SO ORDERED.

Dated:  **May 27, 2022**

UNITED STATES MAGISTRATE JUDGE