UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA NUNES, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>COUNTY OF STANISLAUS, et al.,<br><br>  Defendants. | No.  1:17-cv-00633-DAD-SAB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING PLAINTIFFS' MOTION FOR APPROVAL OF THE MINORS' COMPROMISE<br><br>(Doc. Nos. 91, 97) |

On May 5, 2017, plaintiffs Angelina Nunes, Emanuel Alves, and minors D.X. and L.X. by and through their guardian *ad litem* Angelina Nunes (collectively "plaintiffs") filed the pending action against defendants County of Stanislaus, Kristen Johnson, and Eric Anderson, asserting that the minors were wrongfully removed from the custody of their parents.  (Doc. No. 1.)  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 21, 2022, plaintiffs filed a petition seeking approval of the parties' settlement and minors' compromise.[1]  (Doc. No. 91.)  On May 17, 2022, defendants filed a statement of non-

---

[1] The parties filed a nearly identical petition in the related action *Nunes v. County of Stanislaus*, No. 19-cv-00204-DAD-SAB (*Nunes II*), because the parties' settlement resolves both actions. The assigned magistrate judge issued separate findings and recommendations on the docket in *Nunes II* to address that petition, and the undersigned will issue on order on the docket in *Nunes II* to address those findings and recommendations.

1

opposition to the pending petition. (Doc. No. 95.) On May 31, 2022, the assigned magistrate judge issued findings and recommendations recommending that plaintiffs' petition for approval of the minors' compromise be granted and that the parties' settlement be approved. (Doc. No. 97 at 9.) The findings and recommendations contained notice that any objections were to be filed within fourteen (14) days. To date, no objections to the findings and recommendations have been filed, and the time in which to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on May 31, 2022 (Doc. No. 97) are adopted in full;
2. Plaintiffs' petition to approve settlement of the minors' claims (Doc. No. 91) is granted;
3. The parties are directed to file a stipulation for dismissal or a request for dismissal of this action, consistent with the parties' settlement, within fourteen (14) days from the date of this order; and
4. This matter is referred back to the magistrate judge for further proceedings consistent with this order.

IT IS SO ORDERED.

Dated:   **June 21, 2022**                              Dale A. Drozd
                                                                    UNITED STATES DISTRICT JUDGE

2