# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELINA NUNES, et al., | Case No. 1:17-cv-00633-DAD-SAB |
| Plaintiffs, | ORDER REQUIRING PARTIES TO SHOW CAUSE IN WRITING WHY SANCTIONS SHOULD NOT ISSUE FOR FAILURE TO COMPLY |
| v. | |
| COUNTY OF STANISLAUS, et al., | (ECF No. 98) |
| Defendants. | **DEADLINE: JULY 11, 2022** |

Plaintiffs Angelina Nunes, Emanuel Alves, and minors D.X. and L.X.'s (collectively "Plaintiffs") initiated this civil action against Defendants County of Stanislaus, Kristen Johnson, and Eric Anderson on May 5, 2017. (ECF No. 1.) This action arises from the temporary removal of Plaintiffs' minor children from their custody by Defendants for a period of fifty-one days during the summer of 2016, which Plaintiffs claim was unlawful and without a warrant or exigent circumstances. (Id.) On March 21, 2022, Plaintiffs filed a petition for minor's compromise, which Defendants have not opposed. (ECF No. 91.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 31, 2022, the assigned magistrate judge issued findings and recommendations, recommending that the petition for minor's compromise as to Plaintiffs D.X. and L.X.'s claims be granted and the settlement be approved. (ECF No. 97.) No parties objected to the findings and

1

recommendations and on June 21, 2022, the district judge adopted the findings and recommendations in full. (ECF No. 98.) The parties were directed to file a stipulation or request for dismissal of the action within fourteen days, or July 5, 2022.[1] (Id. at 2.) The Court notes that the deadline to file dispositional documents has expired, but nothing has been filed.

Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions . . . within the inherent power of the Court." The Court has the inherent power to control its docket and may, in the exercise of that power, impose sanctions where appropriate, including dismissal of the action. Bautista v. Los Angeles Cnty., 216 F.3d 837, 841 (9th Cir. 2000).

The Court shall require the parties to show cause why sanctions should not issue for the failure to file dispositional documents in compliance with the Court's June 21, 2022 order.

Accordingly, IT IS HEREBY ORDERED that:

1. The parties shall show cause in writing **no later than July 11, 2022**, why monetary sanctions should not issue for the failure to file dispositional documents as required by the June 21, 2022 order; and

2. Failure to comply with this order will result in the issuance of sanctions.

IT IS SO ORDERED.

Dated:  **July 6, 2022**

UNITED STATES MAGISTRATE JUDGE

---

[1] The district judge's order also remanded the matter to the magistrate judge for further proceedings consistent with his order. (ECF No. 98 at 2.)